# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **DENNIS THOMAS LYONS,** | **JUDGMENT** |
| Petitioner, | on a Motion pursuant to 28 U.S.C. § 2241 |
| v. | Case No.: 07-C-495-C |
| **WARDEN RICARDO MARTINEZ,** Federal Correctional Institution, Oxford, Wisconsin, | |
| Respondent. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DISMISSED.

THERESA M. OWENS
_____
Theresa M. Owens, Clerk                                                                                10/11/07

/s/ S. Vogel                                                                                        _____
                                                                                                             Date
_____
by Deputy Clerk