Case: 3:07-cv-00495-bbc Document #: 9 Filed: 10/25/07 Page 1 of 1

Document Number 009  
Case Number 07-C-0495-C  
United States District Court  
Western District of Wisconsin  
Theresa M. Owens

Filed/Received  
10/11/2007 01:24:38 PM CDT

# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

**DENNIS THOMAS LYONS,**

    Petitioner,

v.

**WARDEN RICARDO MARTINEZ,**
Federal Correctional Institution,
Oxford, Wisconsin,

    Respondent.

**JUDGMENT**
**on a Motion pursuant to**
**28 U.S.C. § 2241**

Case No.: 07-C-495-C

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DISMISSED.

THERESA M. OWENS  
_____  
Theresa M. Owens, Clerk

/s/ S. Vogel

_____  
by Deputy Clerk

10/11/07

_____  
Date